UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY BUSSIE and TARON )
BUSSIE, )
 )
 )
    Plaintiffs, )
 ) **JUDGMENT**
v. )
 ) No. 5:14-CV-142-F
CONGRESSMAN ROBERT E. ANDREWS )
PRESIDENT BILL CLINTON, )
PRESIDENT GEORGE W. BUSH, JR., )
and PRESIDENT BARACK OBAMA )
 )
    Defendants. )

**Decision by Court.**
**This case came before Senior District Judge James C. Fox for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Taron Bussie's claims are DISMISSED without prejudice due to plaintiff's failure to prosecute this action and abandonment of claims. Plaintiff Anthony Bussie's claims are dismissed pursuant to 28 U.S.C. § 1915(g) by Order dated 3/26/2014.**

This Judgment Filed and Entered on April 18, 2014, with service via U.S. Mail on:

Anthony Bussie - Federal Detention Center, PO Box 562, Philadelphia, PA 19105
Taron Bussie, Bay State Prison, PO Box F-1, Leesburg, NJ 08327

                                                        JULIE A. RICHARDS, CLERK


                                          /s/ *Shelia D. Foell*
                                          (By) Deputy Clerk